# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR 14-384(A)-SVW |
| v. | | 1 |
| JIANJUN QIAO aka Feng Li | | WARRANT FOR ARREST |
| | Defendant(s) | |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest  **JIANJUN QIAO, aka Feng Li**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n):  ☐ Complaint  ■ Indictment  ☐ Information  ☐ Order of Court  ☐ Probation Violation Petition  ☐ Violation Notice
Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**18 U.S.C. § 1951(a): Extortion Affecting Interstate Commerce By Nonviolent Threat**

**in violation of the following Title, United States Code, Section(s)**
**SEE ABOVE**

| Kiry K. Gray | December 14, 2018   LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: STEVE KIM |
| ~~DION MITCHELL~~ | NAME OF JUDICIAL OFFICER |

1228

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | **CR 14-384(A)-SVW** |
| v. | | 1 |
| JIANJUN QIAO aka Feng Li | | **WARRANT FOR ARREST** |
| | Defendant(s) | |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|

| DATE OF BIRTH: **1963** | |
|---|---|
| | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |

| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | AUTO COLOR: | AUTO LICENSE NO. | ISSUING STATE |
|---|---|---|---|---|---|

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT |
|---|---|

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: **IRS-CI, HSI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES:

## WARRANT FOR ARREST

CR – 12 (07/04)        PAGE TWO

Additional Defendant Information

Name: Jianjun Qiao

Aliases: Feng Li

Case Number: CR14-384(A)-SVW

FBI Number:

Date of Birth: 11/03/63

Race: Asian

Sex: Male

Height: 173 cm

Weight: 75 kg

Hair Color: Black

Eye Color: Black

Social Security Number:

Driver's License Number and Issuing State:

Scars, tattoos, or other distinguishing marks:


Last known address:


Additional Information:


Fugitive