NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3391
    Facsimile:  (213) 894-0142
    E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR 14-384-SVW |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST TO AMENDED THE WARRANT OF ARREST ISSUED DECEMBER 14, 2018 |
| v. | |
| JIANJUN QIAO, <br>     Aka "Feng Li," | |
| Defendant. | |

Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Kucera, hereby requests an order amending the warrant for arrest issued on December 14, 2018, by United States Magistrate Judge Steve Kim as to Jianjun Qiao, aka Feng Li, in order to correct the wrong statute cited on the arrest warrant. The government seeks to delete reference to the current statute, 18 U.S.C. § 1951(a): Extortion Affecting Interstate Commerce By

Nonviolent Threat, which was improperly included, and to instead indicate the appropriate statute as included in the charges in the First Superseding Indictment, that is, 18 U.S.C. § 1956(h): Conspiracy to Commit Money laundering.

Dated: June 6, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

  /s/*John J. Kucera*
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA