```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (California Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3391
     Facsimile: (213) 894-0142
     E-mail: John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR 14-384-SVW |
| Plaintiff, | GOVERNMENT'S SECOND REQUEST TO AMENDED THE WARRANT OF ARREST ISSUED DECEMBER 14, 2018 |
| v. | |
| JIANJUN QIAO, Aka "Feng Li," | |
| Defendant. | |

Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney John J. Kucera, hereby requests an order further amending the warrant for arrest with respect to defendant Jianjun Qiao, aka Feng Li ("defendant").

On December 14, 2018, the government obtained a First Superseding Indictment ("FSSI") charging defendant with 18 U.S.C. § 371: Conspiracy to Commit Immigration Fraud and Interstate and

International Transport of Stolen Money; 18 U.S.C. § 1956(h): Conspiracy to Commit Money laundering; 18 U.S.C. § 1957: Financial Transactions in Criminally Derived Property; and 18 U.S.C. § 2(b): Causing an Act to be Done.  On June 12, 2019, pursuant to an application by the government, and in order fix a typographical error and to comply with Swedish law related to the government's efforts to extradite defendant from Sweden, where defendant is currently in custody, an amended arrest warrant issued for defendant.  As is its common practice, the government included only one of the FSSI's charges in the amended arrest warrant, that is, 18 U.S.C. § 1956(h): Conspiracy to Commit Money Laundering.

    Now, in further effort to comply with Swedish law pertaining to the extradition of defendant, the government seeks a second amended arrest warrant in order to add each of the remaining statues charged in the FSSI, that is, 18 U.S.C. § 371; 18 U.S.C. § 1956(h); 18 U.S.C. § 1957; and 18 U.S.C. § 2(b).

    The government further requests that the warrant of arrest be unsealed upon being issued.

Dated: August 8, 2019             Respectfully submitted,

                                  NICOLA T. HANNA
                                  United States Attorney

                                  BRANDON D. FOX
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                       /s/*John J. Kucera*
                                  JOHN J. KUCERA
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA