FILED
CLERK, U.S. DISTRICT COURT

AUG 14 2019

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JIANJUN QIAO,<br>AKA "FENG LI," AND<br>SHILAN ZHAO,<br><br>       Defendants. | No. CR 14-00384-SVW<br><br>[~~PROPOSED~~] ORDER AMENDING WARRANT FOR ARREST |

The Court, having read and considered the government's request for an order further amending the warrant for arrest as to Jianjun Qiao, aka Feng Li, issued on December 14, 2018, and amended June 12, 2019, finds that the request, which this Court incorporates by reference into this Order, demonstrates good cause.

THEREFOR, FOR GOOD CAUSE SHOWN:

The warrant for arrest issued as to Jianjun Qiao, aka Feng Li, issued on December 14, 2018, and amended on June 12, 2019, is hereby amended to include all the allegations included in the December 14,

2018, First Superseding Indictment charging defendant Jianjun Qiao, aka Feng Li, specifically, 18 U.S.C. § 371: Conspiracy to Commit Immigration Fraud and Interstate and International Transport of Stolen Money; 18 U.S.C. § 1956(h): Conspiracy to Commit Money laundering; 18 U.S.C. § 1957: Financial Transactions in Criminally Derived Property; and 18 U.S.C. § 2(b): Causing an Act to be Done. It is ordered that the warrant be issued unsealed.

The previous arrest warrants issued in this matter are hereby withdrawn.

IT IS SO ORDERED.

8/14/19
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


     /s/John J. Kucera
JOHN J. KUCERA
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA