# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| UNITED STATES OF AMERICA | | CR 14-384(A)-SVW |
| V. | Plaintiff(s) | |
| JIANJUN QIAO<br>aka Feng Li | | **WARRANT FOR ARREST** |
| | Defendant(s). | |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest JIANJUN QIAO, aka Feng Li

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U.S.C. § 371: Conspiracy to Commit Immigration Fraud and Interstate and International Transport of Stolen Money;
18 U.S.C. § 1956(h): Conspiracy to Commit Money laundering;
18 U.S.C. § 1957: Financial Transactions in Criminally Derived Property; and
18 U.S.C. § 2(b): Causing an Act to be Done

in violation of Title 18   United States Code, Section(s) 371, 1956(h), 1957, and 2(b)

| | |
|---|---|
| Kiry K. Gray | |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 8/14/19 |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| *Tricia Jackson* | *[signature]* |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |
| | **STEPHEN V. WILSON** |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| | |
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRIC OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JIANJUN QIAO<br>aka Feng Li | CR 14-384(A)-SVW |
| Plaintiff(s) | |
| | **WARRANT FOR ARREST** |
| Defendant(s) | |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| Asian | Male | 173 cm | 75 kg | Black | Black | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|
| November 3, 1963 | Shangshui, China | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| Geng Li | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| Homeland Security Investigations | |

NOTES: